RALPH MIOZZI, as Administrator of the Estate of PATSY MIOZZI, Deceased, Appellant, *v.* ARMSTRONG COAL CO., INC., et al., Respondents.

Submitted April 15, 1940; decided April 23, 1940.

*Thomas F. Keane* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion. (*Markiewicz* v. *Thompson,* 246 N. Y. 235; *Meo* v. *Bloomgarden,* 262 N. Y. 72.)